MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
LAUREN M. BRODY (State Bar No. 337858)
lbrody@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
MEATHEAD MOVERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEATHEAD MOVERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:23-cv-08177-DSF-AGR**<br><br>**DEFENDANT MEATHEAD MOVERS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>Assigned to the Hon. Dale S. Fischer and Magistrate Judge Alicia G. Rosenberg |

661402.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant Meathead Movers, Inc. ("Meathead Movers"), certifies that Meathead Movers has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

The following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Meathead Movers – Defendant
- Aaron Steed – Owner of Meathead Movers
- Evan Steed – Owner of Meathead Movers

DATED: February 1, 2024         MILLER BARONDESS, LLP

By: _____
    MIRA HASHMALL
    Attorneys for Defendant
    MEATHEAD MOVERS, INC.