Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 236260
nakkisa.akhavan@eeoc.gov
Andrea E. Ringer, SBN 307315
andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301

Sophie Tarazi, CA SBN 329721
Sophia.tarazi@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 W. C Street, Suite 750
San Diego, CA 92101
Telephone: (619) 900-1910

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MEATHEAD MOVERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-08177-DSF-AGRx<br><br>**DECLARATION OF EEOC ATTORNEY ANDREA RINGER IN SUPPORT OF PLAINTIFF EEOC'S MOTION TO STRIKE DEFENDANT MEATHEAD MOVERS, INC.'S AFFIRMATIVE DEFENSES**<br><br>Hon. Dale S. Fischer<br><br>Hearing Date: April 14, 2025<br>Time: 1:30 p.m.<br>Trial: August 18, 2026 |

## DECLARATION OF EEOC ATTORNEY ANDREA RINGER

I, Andrea Ringer, am an Assistant Regional Attorney in the Los Angeles District Office of the United States Equal Employment Opportunity Commission (the "EEOC" or "Commission") and represent the Commission in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration. I am competent to attest to these facts and would do so if called to testify.

1. The EEOC conducted an administrative investigation of Meathead's compliance with the ADEA as part of its investigation of Directed Charge No. 485-2018-00078.

2. The Charge alerted Meathead that the EEOC's focus would be on Meathead's compliance with the ADEA and its hiring practices companywide.

3. The EEOC's administrative investigation included, but is not limited to, the following:

   a. Issuing at least three Requests for Information to Meathead seeking information regarding Meathead's hiring and recruitment policies, forms, and trainings, employee lists, job postings, marketing materials, and employment applications;

   b. Interviewing the Chief Executive Officer, the Chief Financial Officer, the Chief Operating Officer, and the General Manager at Meathead;

   c. Reviewing Meathead's Position Statement and other representations from Meathead regarding its hiring and recruitment practices and decisions;

   d. Reviewing Meathead's employee list and thousands of applicant records and interview notes;

   e. Reviewing other documents produced by Meathead, including but not limited to, Meathead's hiring and recruitment policies and forms,

employee lists, job postings, marketing materials, employment applications, interview notes, and employee handbook;

f. Sending questionnaires to thousands of applicants requesting information regarding their experience applying at Meathead and their age at the time, and reviewing hundreds of responses;

g. Interviewing applicants regarding their experience applying at Meathead and their age at the time.

Dated: March 12, 2025

/s/ Andrea Ringer
Andrea Ringer
EEOC Attorney

- 2 -
DECLARATION OF EEOC ATTORNEY ANDREA RINGER IN SUPPORT OF PLAINTIFF U.S. EEOC'S MOTION TO STRIKE AFFIRMATIVE DEFENSES