Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 236260
nakkisa.akhavan@eeoc.gov
Andrea E. Ringer, SBN 307315
andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 785-3080
Facsimile:  (213) 894-1301

Sophie Tarazi, CA SBN 329721
Sophia.tarazi@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 W. Beech Street, Suite 504
San Diego, CA 92101
Telephone:  (619) 900-1910

Attorneys for Plaintiff U.S. EEOC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MEATHEAD MOVERS, INC., and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-08177-DSF-AGRx <br><br> **DISCOVERY MATTER** <br><br> **PLAINTIFF EEOC'S NOTICE OF MOTION FOR PROTECTIVE ORDER FOR DEPOSITION OF INVESTIGATOR UNDER LR 37-2** <br><br> Hearing: April 8, 2025, 10:00 a.m. <br> Judge: Hon. Alicia G. Rosenberg <br> Discovery Cut-Off: 12/2/2025 <br> Pre-Trial Conference: 7/20/2026 <br> Trial Date: 8/18/2026 |

**TO THE COURT, DEFENDANT, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, **April 8, 2025 at 10:00 a.m.,** or as soon thereafter as this matter may be heard, in the above captioned Court, located at 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 550, 5th Floor, before the Honorable Alicia G. Rosenberg, Magistrate District Judge, Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff") will and hereby does move for a Protective Order barring Defendant Meathead Movers, Inc. ("Defendant") from taking the deposition of EEOC Investigator Benjamin Lidholm.

This Motion is made pursuant to Federal Rules of Civil Procedure 26(b)(2)(C)(i)-(iii) and 26(c)(1) and Local Rule 37. This Motion is based on this Notice of Motion, the concurrently-filed Joint Stipulation, the accompanying Declaration and supporting exhibits, the proposed order, the pleadings and papers on file in this action, and on other matters presented to the Court at the hearing or in supplemental memorandum.

This motion is made following the conferences of counsel pursuant to Local Rule 37-1, which took place in-person on February 14, 2025. The Parties were unable to resolve this matter informally. As such, the EEOC respectfully moves for a Protective Order barring Defendant from taking the deposition of Investigator Lidholm.

Respectfully submitted,

Dated: March 13, 2025

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:    /s/ *Andrea E. Ringer*
Andrea Ringer
Attorney for EEOC

-2-
*EEOC v. Meathead Movers, Inc.* – Notice of EEOC's Motion for Protective Order