# EXHIBIT 1

# EXHIBIT 1

EXHIBIT 1
Page 6

Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 236260
nakkisa.akhavan@eeoc.gov
Andrea E. Ringer, SBN 307315
andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3008
Facsimile: (213) 894-1301

Sophie N. Tarazi, SBN 329721
sophia.tarazi@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 W. Beech Street, Suite 504
San Diego, CA 92101
Telephone: (213) 785-1610
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEATHEAD MOVERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-08177-DSF-AGR<br><br>**DECLARATION OF EEOC ACTING CHAIR ANDREA R. LUCAS** |

EXHIBIT 1
Page 7

## DECLARATION OF EEOC ACTING CHAIR ANDREA R. LUCAS

I, Andrea R. Lucas, state the following:

1. I am the Acting Chair of the United States Equal Employment Opportunity Commission (the "Commission"). The Commission is responsible for the administration, interpretation, and enforcement of, among other statutes, the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621. As the Acting Chair, I am responsible for the implementation of Commission policy and the overall operation and administration of the Commission. I am authorized to invoke the governmental privilege for deliberative processes on behalf of the Commission.

2. The operation of the Commission as a law enforcement agency requires the free expression by Commission employees of analyses, advice, recommendations, and conclusions regarding charges processed by the Commission. This necessary free expression extends to decisions made by EEOC investigators, attorneys, and their supervisors in the course of investigating charges of discrimination.

3. I am familiar with the facts of this litigation and my understanding is that Defendant Meathead Movers ("Meathead") seeks testimony regarding (1) which of Meathead's specific employment practices were investigated by the EEOC, during its investigation of Meathead's hiring and recruitment practices and compliance with the ADEA; (2) claimants identified during the investigation; (3) factual information found in the EEOC investigation; (4) evidence of discriminatory employment practices found in the EEOC investigation; and (5) how the administrative investigation led to the instant litigation. I have personally reviewed the Notice of Deposition at issue in the Joint Stipulation Regarding Plaintiff EEOC's Motion for Protective Order, as well as the Charge of Discrimination and the Letter of Determination. The deposition of the EEOC investigator that Meathead seeks to take seeks information relating to the EEOC's methods, strategies, decision-making process, and mental impressions in conducting its investigation of the charge on which the above-designated suit is based. Testimony on such topics would reveal the pre-decisional analyses, advice, and recommendations of Commission employees who worked on the matter and would also implicate myriad internal documents

comprising the Commission's pre-decisional deliberations.

4. I conclude that disclosure of the information requested by Meathead and described in paragraph 3 above to individuals outside the Commission would inhibit the free expression of opinions by Commission employees, thereby materially impairing the Commission's ability to enforce the statutes within its authority.

5. For the reasons stated in the preceding paragraphs, I hereby claim, on behalf of the Commission, the governmental deliberative processes privilege with respect to deposition inquiries that relate to the information described in paragraph 3 above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2025.

*Andrea R. Lucas*

Andrea R. Lucas, Acting Chair
Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, D.C. 20507