Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 236260
nakkisa.akhavan@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 785-3080
Facsimile:  (213) 894-1301

Sophie Tarazi, CA SBN 329721
sophia.tarazi@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 W. C Street, Suite 750
San Diego, CA 92101
Telephone:  (213) 785-1614
Facsimile:  (213) 894-1301

Attorneys for Plaintiff U.S. EEOC
[*Additional counsel continued on following page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MEATHEAD MOVERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-08177-DSF-AGRx<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF EEOC AND DEFENDANT MEATHEAD MOVERS** |

[*Additional counsel, continued from previous page*]

MIRA HASHMALL (State Bar No. 216842)
mhashmall@millerbarondess.com
LAUREN M. BRODY (State Bar No. 337858)
lbrody@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
MEATHEAD MOVERS, INC.

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Meathead Movers, Inc. hereby provide notice that the parties have reached a settlement. The Consent Decree will be filed shortly for the Court's approval and entry. As such, the Parties respectfully request the Court retain jurisdiction while the Consent Decree is pending with the Court for approval.

Dated: September 29, 2025                    Respectfully submitted,

                                            U.S. EQUAL EMPLOYMENT
                                            OPPORTUNITY COMMISSION

                                    By:    */s/ Sophie Tarazi*
                                            SOPHIE TARAZI
                                            Attorney for Plaintiff EEOC

Dated: September 29, 2025                    MILLER BARONDESS, LLP

                                    By:    */s/ Lauren M. Brody*
                                            LAUREN M. BRODY
                                            Attorney for Defendants
                                            MEATHEAD MOVERS, INC.

**__Attestation Regarding Signature Pursuant to L.R. 5-4-3.4(a)(2)(i)__**

I, Anna Y. Park, hereby attest that I have obtained concurrence and authorization in the filing of this document from the other signatories to this document. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 29, 2025                    Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By:    _/s/ Sophie Tarazi_
       Sophie Tarazi
       Attorney for Plaintiff EEOC